NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHOLA MCCARTHY,                          )
                                         )
        Appellant,                       )
                                         )
v.                                       )        Case No.  2D18-3232
                                         )
STATE OF FLORIDA                         )
                                         )
        Appellee.                        )
                                         )
_____  )

Opinion filed April 24, 2019.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Shola McCarthy, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, KELLY, and ATKINSON, JJ., Concur.